**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 06-0015-PHX-ROS |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| Sonia Iris Falcone, ) | |
| Defendant. ) | |

On March 9, 2006, United States Pretrial Services Officer Michelle Cole informed this Court that to date Defendant has failed to report to Pretrial Services as directed for her post-release intake interview.

**IT IS ORDERED** scheduling an order to show cause hearing on Friday, March 10, 2006, at 4:30 p.m. in Courtroom 305. Defendant shall personally appear at this hearing. The hearing will be vacated upon notification by Pretrial Services that Defendant has completed her post-release intake interview.

DATED this 9th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge