**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Sonia Iris Falcone,<br><br>　　　　　Defendant. | No. CR 06-0015-PHX-ROS<br><br>**ORDER** |

　　　Pending before the Court is Defendant's Motion to Amend Conditions of Release to allow her children to travel to Canada.  Pursuant to this Court's February 17, 2006 Order Setting Conditions of Release, Defendant was required to surrender her and her children's passports to agents of the of the United States.  Defendant now seeks return of her children's passports.  Defendant's Motion avows that the United State and Pretrial Services do not object to Defendant's request.

　　　**IT IS HEREBY ORDERED** modifying the Defendant's conditions of release.  The children's passports may be returned to Defendant.

　　　DATED this 19th day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge