UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No: CR 06-00015 PHX ROS |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| SONIA IRIS FALCONE, ) | |
| ) | (Assigned to the Honorable Roslyn Silver) |
| Defendant. ) | |
| _____ ) | |

The Court has received Defendant's Motion To Travel. Defendant is requesting to travel to California on or about July 19, 2006 for several days, the defendant anticipates to return on or about July 23, 2006.. The government does not object. Based upon Motion by the Defendant, and good cause appearing therefore;

IT IS HEREBY ORDERED granting the Defendant's Motion To Travel dated June 6, 2006.

DATED this 10th day of July, 2006.

_____
Edward C. Voss
United States Magistrate Judge